**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Shawn ALEXANDER,**
**Defendant–Appellant.**

**No. 12–7756.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 25, 2013.

Michael Shawn Alexander, Appellant Pro Se. Adam Christopher Morris, Office of the United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Michael Shawn Alexander appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Alexander*, No. 3:04–cr–00039–FDW–DCK–4 (W.D.N.C. Sept. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*